# EXHIBIT A2

# Exhibit A2 - U.S. PATENT 7,724,143
## Infringement Claim Chart

Upon information and belief, all Accused Instrumentalities (as defined in the Complaint) have the same or similar structures and implement the features described in the following chart in materially the same way, unless expressly stated otherwise. Accordingly, the described products, structures, and features (such as IQ On-Metal 350 M730 RFID) in the following infringement allegations are representative of infringement by all Accused Instrumentalities.

| U.S. Patent 7,724,143 | | HID Global Corporation (HID) Infringing Activity[1] |
|---|---|---|
| Row | Claim 1 | |
| 1A | Antenna construction for a double-ended antenna circuit, which comprises | The Accused Instrumentalities include an antenna construction for a double-ended antenna circuit.<br><br>For example, Defendants' IQ On-Metal 350 M730 RFID tag includes a double-ended antenna circuit.<br><br>**HID® IQ On-Metal Label™ RFID Tags**<br>Small, thin self-adhesive NFC or RAIN® UHF Labels for on-metal use<br><br>**Exemplary Sources**<br>https://www.hidglobal.com/products/iq-om-labels<br>https://www.hidglobal.com/documents/hid-iq-metal-labels-datasheet<br>https://www.atlasrfidstore.com/hid-exo-inline-tag-ultra-uhf-rfid-tag-m730/ |

---

[1] These allegations are exemplary and VTT reserves the right to supplement them as the case progresses.

# Exhibit A2 - U.S. PATENT 7,724,143
## Infringement Claim Chart

| U.S. Patent 7,724,143 | | HID Global Corporation (HID) Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | |
| 1B | a conductive ground pla[n]e on a first surface, | The Accused Instrumentalities include a conductive ground plane on a first surface.<br><br>For example, the IQ On-Metal 350 M730 RFID tag includes a conductive plane on a first surface. |

2

# Exhibit A2 - U.S. PATENT 7,724,143
## Infringement Claim Chart

| U.S. Patent 7,724,143 | | HID Global Corporation (HID) Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | |
| 1C | a transmission line on at least one second surface, | The Accused Instrumentalities include a transmission line on at least one second surface.<br><br>For example, the IQ On-Metal 350 M730 RFID tag includes a transmission line on a second surface.<br><br>[Image: RFID tag with arrows labeling "Second surface" and "First transmission line"] |
| 1D | the transmission line connected to the ground plane through a fold in the edge of the antenna construction, so that the fold acts as a primary source of a magnetic field, | The Accused Instrumentalities include the transmission line connected to the ground plane through a fold at the edge of the antenna construction, so that the fold acts as a primary source of a magnetic field.<br><br>For example, the IQ On-Metal 350 M730 RFID tag includes a fold in the edge of the antenna construction between the first and second surfaces as indicated. The fold region acts as a primary source of a magnetic field because it forms a continuous conductive loop at the transition between the first and second surfaces of the antenna structure. This configuration induces a displacement current |

3

# Exhibit A2 - U.S. PATENT 7,724,143
## Infringement Claim Chart

| U.S. Patent 7,724,143 | | HID Global Corporation (HID) Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | |
| | | and supports a circulating surface current at the fold.  This current loop produces a localized magnetic dipole, which is a well-known source of a magnetic field in resonant structures, such as in the IQ On-Metal 350 M730 RFID tag.<br><br>[Image: RFID tag with labels "Second surface", "Fold", "First transmission line", and "Ground plane (First surface)"]<br><br>Exemplary Sources<br>U.S. Patent No. 7,880,619 at 17:61-63, Figure 18b (describing that the magnetic field is greatest close to the metal base portion at the fold regions) |

4

## Exhibit A2 - U.S. PATENT 7,724,143
## Infringement Claim Chart

| U.S. Patent 7,724,143 | | HID Global Corporation (HID) Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | |
| 1E | an insulation layer arranged between the first and the second surfaces, and | The Accused Instrumentalities include an insulation layer arranged between the first and second surfaces.<br><br>For example, the IQ On-Metal 350 M730 RFID tag includes an insulation layer arranged between the first and second surfaces. |

# Exhibit A2 - U.S. PATENT 7,724,143
## Infringement Claim Chart

| U.S. Patent 7,724,143 | | HID Global Corporation (HID) Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | |
| 1F | an electronic component, in which there is a double-terminal antenna connector, connected to the antenna construction, | The Accused Instrumentalities include an electronic component, in which there is a double-terminal antenna connector, connected to the antenna construction.<br><br>For example, the IQ On-Metal 350 M730 RFID tag includes an electronic chip in which there is a double-terminal antenna connector connected to the antenna construction.<br><br>[Image: RFID tag with labels "Electronic component", "Second antenna terminal", and "First antenna terminal"] |
| 1G | wherein the electronic component is attached to the second surface of the antenna construction and connected from the first antenna terminal to the transmission line and from the second terminal to | The Accused Instrumentalities include the electronic component that is attached to the second surface of the antenna construction and connected from the first antenna terminal to the transmission line and from the second terminal to either a second transmission line or the fold.<br><br>For example, the electronic chip of the IQ On-Metal 350 M730 RFID tag is attached to the second surface of the antenna construction and is connected from the first antenna terminal to the transmission line and from the second terminal to a second transmission line. |

6

# Exhibit A2 - U.S. PATENT 7,724,143
# Infringement Claim Chart

| U.S. Patent 7,724,143 | | HID Global Corporation (HID) Infringing Activity[1] |
|---|---|---|
| **Row** | **Claim 1** | |
| | either a second transmission line or the fold. | *Photograph of device with labels: Second transmission line, Second antenna terminal, Electronic component, First transmission line, First antenna terminal* |