**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., <br><br> Plaintiff, <br><br> v. <br><br> HID GLOBAL CORPORATION, and OMNI-ID USA, INC. <br><br> Defendants. | CASE NO.: _____ <br><br> **DEMAND FOR JURY TRIAL** |

**VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD.'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff VTT Technical Research Centre of Finland Ltd., by and through its counsel, hereby discloses that VTT is a non-governmental corporate party in the above-captioned action. VTT does not have a parent corporation. No publicly-held corporation owns 10% or more of VTT's stock.

Dated: February 27, 2025

OF COUNSEL:

William R. Woodford
Todd S. Werner
Jason M. Zucchi
AVANTECH LAW, LLP
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Phone: (612) 895-2721
woodford@avantechlaw.com
werner@avantechlaw.com
zucchi@avantechlaw.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff VTT Technical Research Centre of Finland Ltd.*