IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 25-229-CFC ) |
| HID GLOBAL CORPORATION and OMNI-ID USA, INC., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM**

Defendants HID Global Corporation ("HID") and OMNI-ID USA, Inc. ("OMNI") (collectively as the "Defendants"), by and through undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Complaint (D.I. 1) with prejudice for failure to state a claim. The grounds for this motion are fully set forth in Defendant's opening brief.

|  |  |
|---|---|
| | */s/ Emily S. DiBenedetto* |
| | Andrew E. Russell (No. 5382) |
| | Emily S. DiBenedetto (No. 6779) |
| | Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: | SHAW KELLER LLP |
| Lionel M. Lavenue | I.M. Pei Building |
| FINNEGAN, HENDERSON, FARABOW, | 1105 North Market Street, 12th Floor |
|   GARRETT & DUNNER LLP | Wilmington, DE 19801 |
| 1875 Explorer Street, Suite 800 | (302) 298-0700 |
| Reston, VA 20190-6023 | arussell@shawkeller.com |
| (571) 203-2700 | edibenedetto@shawkeller.com |
| | lgellar@shawkeller.com |
| | *Attorneys for HID Global Corporation* |
| Dated: April 21, 2025 | *and OMNI-ID USA, Inc.* |