IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 25-229-CFC ) |
| HID GLOBAL CORPORATION and OMNI-ID USA, INC., | ) ) ) |
| Defendants. | ) ) |

**<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, through undersigned counsel, Defendants HID Global Corporation and OMNI-ID USA, Inc. hereby discloses that:

ASSA ABLOY AB is a stock company under Swedish law with headquarters in Stockholm, Sweden. ASSA ABLOY AB is independent and has no parent company. No other publicly held corporation owns 10% or more of ASSA ABLOY AB.

ASSA ABLOY AB is the immediate parent company of, and 100% owner of ASSA ABLOY Inc. No other publicly held corporation owns 10% or more of ASSA ABLOY Inc.

ASSA ABLOY Inc. is the immediate parent company of and 100% owner of HID Global Corporation.

HID Global Corporation is the immediate parent company of and 100% owner of OMNI-ID USA, Inc.

|  |  |
|---|---|
|  | /s/ Emily S. DiBenedetto |
|  | Andrew E. Russell (No. 5382) |
|  | Emily S. DiBenedetto (No. 6779) |
|  | Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: | SHAW KELLER LLP |
| Lionel M. Lavenue | I.M. Pei Building |
| FINNEGAN, HENDERSON, FARABOW, | 1105 North Market Street, 12th Floor |
|  GARRETT & DUNNER LLP | Wilmington, DE 19801 |
| 1875 Explorer Street, Suite 800 | (302) 298-0700 |
| Reston, VA  20190-6023 | arussell@shawkeller.com |
| (571) 203-2700 | edibenedetto@shawkeller.com |
|  | lgellar@shawkeller.com |
|  | *Attorneys for HID Global Corporation* |
| Dated: April 21, 2025 | *and OMNI-ID USA, Inc.* |