IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., <br><br> Plaintiff, <br><br> v. <br><br> HID GLOBAL CORPORATION and OMNI-ID USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 25-229-JCB ) ) ) ) ) ) |

**<u>NOTICE REGARDING PLACE OF TRIAL AND HEARINGS</u>**

PLEASE TAKE NOTICE that, pursuant to JCB-CV-77 (D.I. 19), Defendants HID Global Corporation and OMNI-ID USA, Inc. do not consent to trial or hearings in the Eastern District of Texas, Tyler Division.

|  |  |
|---|---|
|  | */s/ Lindsey M. Gellar* <br> Andrew E. Russell (No. 5382) <br> Emily S. DiBenedetto (No. 6779) <br> Lindsey M. Gellar (No. 7202) |
| OF COUNSEL: <br> Lionel M. Lavenue <br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER LLP <br> 1875 Explorer Street, Suite 800 <br> Reston, VA  20190-6023 <br> (571) 203-2700 <br><br> Dated: June 12, 2025 | SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> arussell@shawkeller.com <br> edibenedetto@shawkeller.com <br> lgellar@shawkeller.com <br> *Attorneys for HID Global Corporation and OMNI-ID USA, Inc.* |