

June 12, 2025

<u>**Via E-Filing**</u>
The Honorable J. Campbell Barker
U.S. District Court for the Eastern District of Texas, Tyler Division
221 W. Ferguson St.
Tyler, TX 75702

  Re: *<u>VTT Technical Research Centre of Finland LTD v. HID Global Corp., et al.,</u>*
    <u>C.A. No. 25-cv-229-JCB</u>

Dear Judge Barker,

  Pursuant to Section JCB-CV-77 of the Court's Order Regulating Practice for Civil Cases Assigned to the Honorable J. Campbell Barker (D.I. 19), 28 U.S.C. §1404(a), and Fed. R. Civ. P. 77(b), Plaintiff VTT Technical Research Centre of Finland LTD hereby consents to trial and hearings in the Eastern District of Texas, Tyler Division.

             Respectfully submitted,

             /s/ Michael J. Farnan

             Michael J. Farnan

cc: Counsel of Record (Via E-Filing)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777–0300 · FAX: (302) 777–0301 · WWW.FARNANLAW.COM