IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 25-229-JCB ) |
| HID GLOBAL CORPORATION and OMNI-ID USA, INC., | ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE OF DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING *EX PARTE* REEXAMINATION AND TO DEFER THE FEBRUARY 6, 2025 RULE 16 CONFERENCE**

PLEASE TAKE NOTICE that, pursuant to JCB-CV-7.3 of the Order Regulating Practice for Civil Cases Assigned to the Honorable J. Campbell Barker (D.I. 19), on May 6, 2025, the following documents were served on the persons listed below in the manner indicated:

1. Defendants' Motion to Stay Proceedings Pending *Ex Parte* Reexamination and to Defer the February 6. 2025 Rule 16 Conference, with Proposed Order, Rule 7.1.1 Statement and Opening Brief with Exhibits 1 - 4

**BY EMAIL**

| | |
|---|---|
| Brian E. Farnan | Jason M. Zucchi |
| Michael J. Farnan | Todd S. Werner |
| FARNAN LLP | William R. Woodford |
| 919 North Market Street | Kathryn Ann Quisenberry |
| 12th Floor | AVANTECH LAW, LLP |
| Wilmington, DE 19801 | 80 South 8th Street, Suite 900 |
| (302) 777-0300 | Minneapolis, MN 55402 |
| bfarnan@farnanlaw.com | (612) 895-2721 |
| mfarnan@farnanlaw.com | zucchi@avantechlaw.com |
| | werner@avantechlaw.com |
| | woodford@avantechlaw.com |
| | quisenberry@avantechlaw.com |

|  |  |
|---|---|
| OF COUNSEL:<br>Lionel M. Lavenue<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA  20190-6023<br>(571) 203-2700<br><br>Dated: December 12, 2025 | /s/ Andrew E. Russell<br>Andrew E. Russell (No. 5382)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for HID Global Corporation and OMNI-ID USA, Inc.* |