IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., <br><br> Plaintiff, <br><br> v. <br><br> HID GLOBAL CORPORATION and OMNI-ID USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-229-JCB |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING**
***EX PARTE* REEXAMINATION AND TO DEFER THE**
<u>**FEBRUARY 6, 2025 RULE 16 CONFERENCE**</u>

Defendants HID Global Corporation ("HID") and Omni-ID USA, Inc. ("Omni-ID") (collectively, "Defendants") respectfully move to stay the proceedings in the above-captioned action pending final resolution of the *ex parte* reexamination proceeding involving all asserted claims of U.S. Patent No. 7,724,143 ("the '143 patent"), and to defer the Rule 16 conference, currently scheduled for February 6, 2025 (D.I. 33), until the Court rules on this Motion. The grounds for this Motion are set forth in Defendants' accompanying opening brief. A proposed order and a certification pursuant to D. Del. L.R. 7.1.1 are attached to this Motion.

|  |  |
|---|---|
|  | */s/ Andrew E. Russell* <br> Andrew E. Russell (No. 5382) <br> Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL: <br> Lionel M. Lavenue <br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER LLP <br> 1875 Explorer Street, Suite 800 <br> Reston, VA  20190-6023 <br> (571) 203-2700 <br><br> Dated: December 12, 2025 | SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> arussell@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorneys for HID Global Corporation and OMNI-ID USA, Inc.* |

1