IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VTT TECHNICAL RESEARCH CENTRE OF FINLAND LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   C.A. No. 25-229-JCB |
| HID GLOBAL CORPORATION and OMNI-ID USA, INC., | ) ) ) ) |
| Defendants. | ) |

**NOTICE THAT DEFENDANTS' MOTION TO STAY AND TO
DEFER THE FEBRUARY 6, 2025 RULE 16 CONFERENCE IS FULLY BRIEFED**

Pursuant to regulation JCB-CV-7.3(c) of the Court's Order Regulating Practice, D.I. 19, Defendants HID Global Corporation and OMNI-ID USA, Inc. provide notice of their compliance with regulation JCB-CV-7.3(c) and that their Motion to Stay (D.I. 38), is fully briefed. *See* D.I. 39 (opening brief), D.I. 40 (answering brief), and D.I. 41 (reply brief).

|  |  |
|---|---|
|  | */s/ Andrew E. Russell* |
|  | Andrew E. Russell (No. 5382) |
|  | Emily S. DiBenedetto (No. 6779) |
|  | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Lionel M. Lavenue | 1105 North Market Street, 12th Floor |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19801 |
|  GARRETT & DUNNER LLP | (302) 298-0700 |
| 1875 Explorer Street, Suite 800 | arussell@shawkeller.com |
| Reston, VA  20190-6023 | edibenedetto@shawkeller.com |
| (571) 203-2700 | *Attorneys for HID Global Corporation and OMNI-ID USA, Inc.* |

Dated: January 6, 2026